

IC


FILED
NOV 1 4 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE FRANKLIN<br>Plaintiff | ) ) ) | Civil Case No. 1-24-cv-12532 |
| v. | ) ) ) | Hon. Georgia N. Alexakis |
| FERNWOOD<br>PROPERTY MANAGEMENT, LLC.<br>Defendant | ) ) ) | |

## FIRST AMENDED COMPLAINT

1. **Plaintiff**, Stephanie Franklin, files this First Amended Complaint under the Fair Housing Act (42 U.S.C. § 3617), 42 U.S.C. § 1981, the Illinois Human Rights Act, and Illinois common law.

### I. INTRODUCTION
2. This case arises from retaliation Plaintiff suffered after asserting her housing rights.
3. Defendant engaged in intimidation, unauthorized entries, false rental verification, interference with amenities, and deactivation of Plaintiff's key fob.
4. Defendant escalated retaliation each time Plaintiff complained.

### II. JURISDICTION AND VENUE
5. Jurisdiction is proper under 28 U.S. § 1331 and 42 U.S.C. § 3613.
6. Supplemental jurisdiction exists under 28 U.S.C. § 1367.
7. Venue is proper because all events occurred within this District.

### III. PARTIES
8. Plaintiff resides at 2111 S. Wabash Avenue, Chicago, Illinois 60616.
9. Defendant Fernwood Property Management, LLC manages the property.

### IV. FACTUAL BACKGROUND
10. Plaintiff exercised protected rights by reporting unauthorized entries, harassment, and improper lease modification attempts.
11. Defendant retaliated through unauthorized entries.
12. Defendant retaliated by blocking deliveries and interfering with services.
13. Defendant provided false rental verification to third parties.
14. Defendant deactivated Plaintiff's key fob after her complaints.
15. Defendant listed Plaintiff's occupied unit as "vacant."
16. Defendant's actions caused Plaintiff emotional distress and financial harm.

### COUNT I – FHA RETALIATION (42 U.S.C. § 3617)
17. Plaintiff incorporates ¶1–16.
18. Plaintiff engaged in protected activity.
19. Defendant acted intentionally to punish Plaintiff.
20. Defendant's actions deter protected activity.
21. Plaintiff suffered damages.

### COUNT II – 42 U.S.C. § 1981 (RACE-BASED CONTRACT INTERFERENCE)
22. Plaintiff incorporates ¶1–21.
23. Plaintiff is African American and party to a lease contract.
24. Defendant interfered with Plaintiff's contractual rights.
25. Defendant acted with discriminatory intent.
26. Plaintiff suffered damages.

### COUNT III – ILLINOIS HUMAN RIGHTS ACT RETALIATION
27. Plaintiff incorporates ¶1–26.
28. Plaintiff engaged in protected activity.
29. Defendant interfered with housing rights.
30. Defendant violated 775 ILCS 5/3-102.

### COUNT IV – BREACH OF CONTRACT / QUIET ENJOYMENT
31. Plaintiff incorporates ¶1–30.
32. Defendant breached the lease through unauthorized entry and interference.
33. Plaintiff suffered damages.

### COUNT V – DEFAMATION PER SE
34. Plaintiff incorporates ¶1–33.
35. Defendant knowingly issued false rental information.
36. The false information was published to third parties.
37. Plaintiff lost housing opportunities.
    PRAYER FOR RELIEF
38. Plaintiff requests compensatory and punitive damages.
39. Plaintiff requests injunctive relief preventing further retaliation.
40. Plaintiff requests correction of rental records.
41. Plaintiff requests attorney fees and costs where permitted.
    JURY DEMAND
42. Plaintiff demands trial by jury.

Respectfully submitted,

_____
Stephanie Franklin
Pro Se Plaintiff