ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Stephanie Franklin

Plaintiff(s),

Case No.  1:24-cv-12532

v.

Judge  Georgia N. Alexakis

Listing 2 Leasing, LLC et al

Defendant(s).

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes     pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑     other: Judgment is entered in favor of Defendants based on the Court's order dismissing Plaintiff's second amended complaint [110]. This case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☑ decided by Judge  Alexakis     on a motion to dismiss.

Date: 3/27/2026         Thomas G. Bruton, Clerk of Court

Steven Hotze          , Deputy Clerk